# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:18-CV-255 |
| v. ) | |
| ) | JUDGES _____ |
| STALLARD/MAVERICK JS9 9MM PISTOL, ) | |
| SN: 088086; AND ) | |
| ) | |
| FORTY-FIVE (45) ROUNDS OF ASSORTED ) | |
| 9MM AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

## VERIFIED COMPLAINT *IN REM*

Comes now the plaintiff, United States of America, by and through its attorneys, J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Anne-Marie Svolto, Assistant United States Attorney, and brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF THE ACTION

1. In this *in rem* civil action, the United States of America seeks forfeiture of defendant properties, more particularly described as follows:

   (a) Stallard/Maverick JS9 9mm Pistol, SN: 088086; and

   (b) Forty-Five (45) Rounds of Assorted 9mm Ammunition.

(hereinafter "defendant properties").

## THE DEFENDANT *IN REM*

2. The defendant properties listed above were seized on January 24, 2018, at the residence of Justin Graham at 116 Wabash Lane, Oak Ridge, Tennessee, pursuant to a consent search conducted by agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and officers from local police departments.

3. The defendant properties are in the custody of the ATF.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant properties. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Clerk issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b)(i). The plaintiff will then execute the warrant upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395(b) because the properties are located in this district.

## BASIS FOR FORFEITURE

7. The United States of America seeks forfeiture of the defendant properties pursuant to 18 U.S.C. § 924(d), which authorizes civil forfeiture of firearms in possession of unlawful users of a controlled substance, in violation of 18 U.S.C. § 922(g)(3).

# FACTS

8. The facts and circumstances supporting the forfeiture of the defendant properties are as follows:

   a) On January 24, 2018, ATF Special Agent, Nina Osia received a phone call from the 7th Judicial Crime Task Force ("7th CTF") in Anderson County in regards to information received that a firearm identified as a Llama 9mm ("stolen firearm") had been sold to an individual identified as Justin Graham ("Graham").

   b) On January 24, 2018, special agents of the ATF, the 7th CTF and an officer from the Anderson County Sheriff's Office conducted an interview of Graham at his residence located at 116 Wabash Lane, Oak Ridge, Tennessee in regards to the stolen firearm.

   c) After advising Graham of his Miranda rights, agents spoke with Graham regarding the stolen firearm. While speaking with Graham, agents observed multiple glass pipes with marijuana residue sitting on the living room table. Graham advised agents he was a user of marijuana and used a couple times per week.

   d) Graham further advised agents that he lives at the residence with his girlfriend, Brittany Proffit ("Proffit"). After advising Proffit of her Miranda rights both Graham and Proffit agreed to sign a consent to search form for the residence. Agents located a Stallard Arms, JSO, 9mm pistol, serial number 088086 loaded with assorted 9mm ammunition in the bedroom of the residence. Graham advised agents that he bought the

firearm a few months back, but could not recall where he purchased the firearm.

e) Agents seized the firearm and ammunition for possession of the firearm by an unlawful user of a controlled substance in violation of 18 U.S.C. § 922(g)(3).

## CLAIM FOR RELIEF

9. The United States repeats and realleges each and every allegation set forth in paragraphs 1 through 8 above, including, the subparts thereof.

10. The defendant properties constitute properties involved in a violation of 18 U.S.C. § 922(g)(3). Accordingly, the defendant properties are subject to forfeiture to the United States in accordance with 18 U.S.C. § 924(d).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that the Clerk issue a Warrant for Arrest *In Rem* for the defendant properties and that the defendant properties be condemned and forfeited to the United States of America in accordance with the provisions of law; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant properties; and that the plaintiff be awarded its costs in this action and for such other necessary and equitable relief as this Court deems proper.

J. DOUGLAS OVERBEY
United States Attorney

By: *s/Anne-Marie Svolto*
Anne-Marie Svolto
Assistant United States Attorney
800 Market St., Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

# VERIFICATION

I, Special Agent Nina Osia, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That I have read the foregoing Verified Complaint *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

I hereby verify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2018.

Nina Osia
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Page 5 of 5
Case 3:18-cv-00255   Document 1   Filed 06/25/18   Page 5 of 5   PageID #: 5

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Stallard/Maverick JS9 9mm Pistol, SN: 088086; and Forty-Five (45) Rounds of Assorted 9mm Ammunition

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ANDERSON
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Anne-Marie Svolto, AUSA, 800 Market Street, Ste. 211, Knoxville, TN 37902. (865) 545-4167.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | [X] 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 340 Marine | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 924(d)

Brief description of cause:
Forfeiture of firearm and ammunition pursuant to 18 U.S.C. § 924(d) in violation of 18 U.S.C. § 922(g)(3)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE: 06/25/2018
SIGNATURE OF ATTORNEY OF RECORD: s/Anne-Marie Svolto

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 3:18-cv-00255 Document 1-1 Filed 06/25/18 Page 1 of 1 PageID #: 6

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)     CIVIL NO. 3:18-CV-255<br>    v. )<br>)     JUDGES _____<br>STALLARD/MAVERICK JS9 9MM PISTOL, )<br>SN: 088086; AND )<br>)<br>FORTY-FIVE (45) ROUNDS OF ASSORTED )<br>9MM AMMUNITION, )<br>)<br>    Defendants. ) | |

## WARRANT OF ARREST *IN REM*

TO:     The Bureau of Alcohol, Tobacco, Firearms and Explosives and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

The United States, by and through its United States Attorney, respectfully requests that the Clerk of the Court for the United States District Court for the Eastern District of Tennessee issue a Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States of America states as follows:

On June 25, 2018 the United States filed a Verified Complaint *in Rem* in the above-referenced case, which alleges that the defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) in violation of 18 U.S.C. § 922(g)(3). The defendant properties are described as follows:

    (a)     Stallard/Maverick JS9 9mm Pistol, SN: 088086; and

    (b)     Forty-Five (45) Rounds of Assorted 9mm Ammunition.

The defendant properties are currently in the possession of the United States. In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue a warrant to arrest the property if it is in the government's possession, custody or control.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon who copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Knoxville, Tennessee, this _____ day of _____, 2018.

                                        John Medearis
                                        Clerk of the Court
                                        United States District Court

                        By: _____
                              Deputy Clerk

RETURN OF SERVICE

    I hereby certify that I executed this warrant by serving _____ by _____ on the \_\_\_\_\_ day of _____, 2018.

_____
Nina Osia, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives